OPINION — AG — ** BEER LICENSE — DANCE HALL — DISTANCE ** AS TO THE EXCEPTIONS CONTAINED IN 37 O.S. 216 [37-216], THAT A LICENSE TO SELL SUCH BEVERAGES AT A LOCATION IN AN INCORPORATED CITY OR TOWN, THE ENTRANCE TO WHICH PREMISES MAY BE WITHIN 300 FEET, AS PEDESTRIANS TRAVEL, OF THE NEAREST ENTRANCE TO A DANCE HALL SHOULD BE REFUSED. (REGULATION, ALCOHOLIC BEVERAGES, LICENSE, ISSUE, CONSUMPTION, MUNICIPALITY, DISTANCE) CITE: 37 O.S. 214 [37-214] 37 O.S. 216 [37-216] (SAM H. LATTIMORE)